IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AGORA, INC. et al                         *

            Plaintiffs        *

        vs.                      *    CIVIL ACTION NO. MJG-13-2998

ASSOCIATED PUBLISHERS NETWORK      *

           Defendant          *

*       *       *       *       *       *       *       *       *

## ORDER REQUIRING STATUS REPORT

There has been nothing filed in this case since the
issuance of the Preliminary Injunction on October 21, 2013.
Moreover, it does not appear that the Defendant has responded to
the Complaint.

Accordingly:

1. By April 4, 2014, Plaintiff shall file a status report
   that includes a proposed  schedule for further
   proceedings.

2. If no such status report is filed the case shall be
   dismissed without prejudice.

SO ORDERED, this Thursday, March 20, 2014.

                              /s/
                       Marvin J. Garbis
              United States District Judge