IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| | * | |
| AGORA, INC., *et al.* | * | |
| | * | |
| *Plaintiffs,* | * | |
| | * | |
| v. | * | |
| | * | Civil Action No.: 13-2998-MJG |
| ASSOCIATED PUBLISHERS | * | |
| NETWORK | * | |
| | * | |
| *Defendant.* | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' STATUS REPORT

Plaintiffs, by and through their undersigned counsel, hereby submit this Status Report pursuant to this Court's March 20, 2014 Order (the "Order") [ECF No. 11], and state as follows:

1.      On October 11, 2013, this Court entered an Order permitting Plaintiffs to initiate third-party discovery.  *See* ECF No. 5.  To date, Defendant Associated Publishers Network ("APN") has failed to respond to the Complaint; therefore, Plaintiffs have endeavored to obtain information relevant to this lawsuit from third parties.

2.      Plaintiffs have issued subpoenas to several third parties, including (1) the UPS Store identified on APN's unauthorized solicitation mailers, (2) American Express, which processed a payment made to APN, and (3) Publishers Payment Processing, Inc. ("PPP"), which is identified on APN's unauthorized solicitation mailers.

3.      To date, PPP has failed to respond to Plaintiffs' subpoena.  Plaintiffs have attempted to contact PPP on numerous occasions by mail, telephone, and e-mail to obtain information regarding PPP's compliance with the subpoena, but those attempts have proven

futile.  Plaintiffs are in the process of moving to compel compliance by PPP, which is registered in New York, in the United States District Court for the District of New York.

4.      Although he has not entered his appearance in this action, David Lennon, Esq. previously informed Plaintiffs that he represents APN.

5.      Plaintiffs request that this Court enter an Order requiring Plaintiffs to file a status report in sixty (60) days that includes a proposed schedule for further proceedings.


April 4, 2014                              Respectfully submitted,


                                    _____/s/_____
                                    Sherry H. Flax, Bar No. 03517
                                    Devin J. Doolan, Jr., Bar No. 15970
                                    SAUL EWING LLP
                                    500 East Pratt St., 8th Floor
                                    Baltimore, MD 21201
                                    Telephone: (410) 332-8664
                                    Facsimile: (410) 332-8095
                                    sflax@saul.com
                                    ddoolan@saul.com
                                    *Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| AGORA, INC., *et al.* | * | |
| | * | |
| *Plaintiffs,* | * | |
| | * | |
| v. | * | |
| | * | Civil Action No.: 13-2998-MJG |
| ASSOCIATED PUBLISHERS | * | |
| NETWORK | * | |
| | * | |
| *Defendant.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **<u>ORDER</u>**

UPON CONSIDERATION of Plaintiffs' Status Report, it is this \_\_\_ day of _____, 2014, by the United States District Court for the District of Maryland hereby,

**ORDERED**, that Plaintiffs file a Status Report sixty (60) days from the date on which this Order is entered.

_____
The Honorable Marvin J. Garbis
United States District Judge