IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AGORA, INC., *et al.* | * |
| *Plaintiffs,* | * |
| v. | * |
| | * Civil Action No.: 13-2998-MJG |
| ASSOCIATED PUBLISHERS NETWORK | * |
| *Defendant.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **PLAINTIFFS' STATUS REPORT**

Plaintiffs, by and through their undersigned counsel, hereby submit this Status Report pursuant to this Court's April 8, 2014 Order (the "Order") [ECF No. 13], and state as follows:

1. On October 11, 2013, this Court entered an Order permitting Plaintiffs to initiate third-party discovery. *See* ECF No. 5.

2. Plaintiffs have issued subpoenas to several third parties, including (1) the UPS Store identified on APN's unauthorized solicitation mailers, (2) American Express, and (3) Publishers Payment Processing, Inc. ("PPP").

3. Plaintiffs are in the process of causing subpoenas to be issued to additional third parties, including but not limited to (1) Desert Valley Publishing, LLC, (2) Aspen Press Company, LC, and (3) Sun First Data Holdings, Lls.

4. Plaintiffs have filed a miscellaneous action in the United States District Court for the Northern District of New York to compel PPP's compliance with Plaintiffs' subpoena.

5. Plaintiffs request that this Court enter an Order requiring Plaintiffs to file a status report in sixty (60) days that includes a proposed schedule for further proceedings.

June 6, 2014                                       Respectfully submitted,

                                                   /s/
                                                   Sherry H. Flax, Bar No. 03517
                                                   Devin J. Doolan, Jr., Bar No. 15970
                                                   SAUL EWING LLP
                                                   500 East Pratt St., 8th Floor
                                                   Baltimore, MD 21201
                                                   Telephone: (410) 332-8664
                                                   Facsimile: (410) 332-8095
                                                   sflax@saul.com
                                                   ddoolan@saul.com
                                                   *Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AGORA, INC., *et al.*     * <br>     * <br> *Plaintiffs,*     * <br>     * <br> v.     * <br>     * <br> ASSOCIATED PUBLISHERS     * <br> NETWORK     * <br>     * <br> *Defendant.*     * | Civil Action No.: 13-2998-MJG |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION of Plaintiffs' Status Report, it is this ___ day of _____, 2014, by the United States District Court for the District of Maryland hereby,

**ORDERED**, that Plaintiffs file a Status Report sixty (60) days from the date on which this Order is entered.

 

_____
The Honorable Marvin J. Garbis
United States District Judge