IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| AGORA, INC., *et al.* | * | |
| | * | |
| *Plaintiffs,* | * | |
| | * | |
| v. | * | |
| | * | Civil Action No.: 13-2998-MJG |
| ASSOCIATED PUBLISHERS | * | |
| NETWORK | * | |
| | * | |
| *Defendant.* | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' STATUS REPORT

Plaintiffs, by and through their undersigned counsel, hereby submit this Status Report pursuant to this Court's August 13, 2014 Order (the "Order") [ECF No. 17], and state as follows:

1.      On October 11, 2013, this Court entered an Order permitting Plaintiffs to initiate third-party discovery.  *See* ECF No. 5.

2.      Plaintiffs have issued subpoenas to several third parties, including (1) the UPS Store identified on APN's unauthorized solicitation mailers, (2) American Express, (3) Publishers Payment Processing, Inc. ("PPP"), (4) Desert Valley Publishing, LLC, (5) Aspen Press Company, LC, (6) Sun First Data Holdings, Lls, and (7) CitiBank, N.A.

3.      Plaintiffs continue to take steps to secure compliance with certain of the aforementioned subpoenas duces tecum, including filing a miscellaneous action in the United States District Court for the Northern District of New York to compel compliance by PPP.

4.      Plaintiffs request that this Court enter an Order requiring Plaintiffs to file a status report in sixty (60) days that includes a proposed schedule for further proceedings.

October 13, 2014                          Respectfully submitted,


                                          /s/
                              Sherry H. Flax, Bar No. 03517
                              Devin J. Doolan, Jr., Bar No. 15970
                              SAUL EWING LLP
                              500 East Pratt St., 8th Floor
                              Baltimore, MD 21201
                              Telephone: (410) 332-8664
                              Facsimile: (410) 332-8095
                              sflax@saul.com
                              ddoolan@saul.com
                              *Counsel for Plaintiffs*

1275828.1 10/13/2014

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| AGORA, INC., *et al.* | * | |
| | * | |
| *Plaintiffs,* | * | |
| | * | |
| v. | * | |
| | * | Civil Action No.: 13-2998-MJG |
| ASSOCIATED PUBLISHERS | * | |
| NETWORK | * | |
| | * | |
| *Defendant.* | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **<u>ORDER</u>**

UPON CONSIDERATION of Plaintiffs' Status Report, it is this ___ day of

_____, 2014, by the United States District Court for the District of Maryland

hereby,

**ORDERED**, that Plaintiffs file a Status Report sixty (60) days from the date on which

this Order is entered.

_____
The Honorable Marvin J. Garbis
United States District Judge